UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



13 MAR 19 AM 10: 31

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CARLA LYNN SANTOS (1),<br><br>                    Defendant. | CASE NO. 13CR0469-L<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_XX_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_XX_ of the offense(s) as charged in the Indictment:

    21:952 AND 960 - IMPORTATION OF MARIJUANA

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 18, 2013

                                           M. James Lorenz
                                           U.S. District Judge